**LOWENSTEIN SANDLER LLP**
Gavin J. Rooney
Jewel M. Watson
65 Livingston Avenue
Roseland, New Jersey  07068
*Attorneys for Defendant Vivint, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULETTE VENDITTO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIVINT, INC., f/k/a APX Alarm Security Solutions, Inc.,<br><br>Defendant. | **Document Electronically Filed**<br><br>CIVIL ACTION NO. 2:14-cv-04357-JLL-JAD<br><br>NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT AND JURY DEMAND PURSUANT TO FED.R.CIV.P. 12(b)(6)<br><br>**ORAL ARGUMENT REQUESTED** |

TO:

    Daniel I. Rubin, Esq.
    THE WOLF LAW FIRM, LLC
    1520 U.S. Hwy. 130, Suite 101
    North Brunswick, New Jersey 08902
    732-545-7900

    David C. Ricci, Esq.
    LAW OFFICE OF DAVID C. RICCI, LLC
    51 JFK Parkway, First Floor West
    Short Hills, New Jersey 07078
    973-218-2627

        **PLEASE TAKE NOTICE** that on February 17, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel on behalf of defendant Vivint, Inc., f/k/a APX Alarm Security Solutions, Inc., shall move before The Honorable Jose L. Linares, United States District Judge, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut

-2-

Street, Newark, New Jersey, for an Order dismissing all claims against defendant Vivint, Inc., f/k/a APX Alarm Security Solutions, Inc. with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, defendant Vivint, Inc., f/k/a APX Alarm Security Solutions, Inc., shall rely on the enclosed brief filed herewith.  A proposed form of order is also enclosed.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 78.1 of the Local Rules of the District of New Jersey, oral argument is hereby requested.

                Respectfully Submitted,


By: */s/ Gavin J. Rooney*
     Gavin J. Rooney, Esq.

**LOWENSTEIN SANDLER LLP**
Gavin J. Rooney, Esq.
Jewel M. Watson, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500

*Attorneys for Defendant Vivint, Inc.*

Dated:  January 23, 2015